THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE DIBLIN, Appellant.— Appeal by defendant from an order of the County Court, Queens County, dated November 3, 1960, denying, without a hearing, his *coram nobis* application to vacate a judgment of said court rendered January 30, 1942, convicting him, after trial, of sodomy, and sentencing him to serve a term of two to four years. Order affirmed. No opinion. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING ELLINGTON, Appellant.— Appeal by defendant: (1) from a judgment of the County Court, Queens County, rendered August 12, 1959, convicting him, after a jury trial, of forgery in the second degree and grand larceny in the second degree, and sentencing him, as a second felony offender, to serve a term of 6 to 20 years; and (2) from every intermediate order made in the action. Judgment affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

TENNESSEE GAS TRANSMISSION COMPANY, Appellant, v. PRESBYTERIAN HOSPITAL et al., Respondents.— In a condemnation proceeding, pursuant to a judgment of condemnation, to ascertain the compensation to be made to the owners of property, the plaintiff appeals from so much of a final order of the Supreme Court, Westchester County, made February 2, 1960, after trial before Commissioners of Appraisal, as awarded defendants $36,150 as damages for the taking of an easement in and across the property of the defendant hospital, and as awarded defendants an extra allowance and costs. Plaintiff also brings up for review: (1) the report of the Commissioners of Appraisal, dated June 15, 1959, and (2) the intermediate order of said court, dated November 2, 1959, which granted plaintiff's motion for reargument and, upon reargument, adhered to the court's prior decision granting the motion of the defendant hospital to confirm said report and for a final order. Final order, insofar as appealed from, affirmed, with costs to defendant hospital; intermediate order affirmed, with $10 costs and disbursements to defendant hospital. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

ELIAS TITTLER, Appellant, v. HARRY A. LA BURT, Individually and as Director of Creedmoor State Hospital, Respondent.— In an action by plaintiff to enjoin defendant from discharging his infant daughter from Creedmoor State Hospital, plaintiff appeals from an order of the Supreme Court, Queens County, dated March 7, 1960, denying his motion for a temporary injunction and granting defendant's cross motion, pursuant to rule 106 of the Rules of Civil Practice, to dismiss the complaint. Order affirmed, without costs. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur. [22 Misc 2d 406.]